```
MICHAEL L. SWAIN (133260)
ROSS I. LANDAU (259260)
SWAIN & DIPOLITO LLP
555 East Ocean Boulevard, Suite 600
Long Beach, California 90802
Telephone:  (562) 983-7833
Facsimile:  (562) 983-7835                          JS-6
E-mail: mswain@swaindipolito.com
        rlandau@swaindipolito.com

Attorneys for Defendants,
AP MOLLER-MAERSK A/S and MAERSK LINE, LIMITED
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GLUSAC, | Case No. CV 09-7147 JFW (RZx) |
| Plaintiff, | Honorable John F. Walter |
| vs. | ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE |
| AP MOLLER MAERSK A/S; MAERSK LINE, LIMITED; and DOES 1-20, inclusive, | Rule 41(a)(1), Fed. R. Civ. P. |
| Defendants. | |

　　WHEREAS the parties, plaintiff Ronald Glusac, defendants AP Moller Maersk A/S and Maersk Line, Ltd., and lien claimant Signal Mutual Indemnity Insurance Association, have stipulated to dismiss the captioned action due to settlement;

　　IT IS HEREBY ORDERED that the Complaint be and is hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED: September 2, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE